In the Matter of the Application of BEATRICE ROSNER, Appellant, for an Order against WILLIAM FELLOWES MORGAN, JR., Commissioner of the Department of

Public Markets, Weights & Measures of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.